UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT A. CHAMBERS and JOHN C. BURNETTE, on behalf of themselves and all others similarly situated,

                Plaintiffs,

                v.

MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, and BANK OF AMERICA CORPORATION,

                Defendants.

10-civ-07109-NRB

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of sponsor Andrea Bierstein, attorney for Plaintiffs, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Charles A. McCallum, III
MCCALLUM, HOAGLUND, COOK & IRBY, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Ph: 205-824-7767
Fax: 205-824-7768
cmccallum@mhcilaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/10

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: October 14, 2010

                                        _____
                                        United State District/Magistrate Judge