**MEMO ENDORSED**

## HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE

NEW YORK, NEW YORK 10016-7416

www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 784-6403
MITCHELL M. BREIT (NY, NJ & VA)
(212) 784-6422
JAYNE CONROY (NY, DC & MA)
(212) 784-6402
CLINTON B. FISHER (NY & DC)
(212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
(212) 784-6401
STEVEN M. HAYES (NY)
(212) 784-6414
THOMAS I. SHERIDAN, III (NY)
(212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 213-5949

EMAIL
abierstein@hanlyconroy.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 27 2012
```

VIA EMAIL - NATHANNYSDCHAMBERS@NYSD.USCOURTS.GOV

March 26, 2012

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

     Re: *Chambers v. Merrill Lynch & Co.*, 10-cv-07109 (AJN)

Dear Judge Nathan:

     I represent plaintiffs in the above-referenced action. Pursuant to a scheduling order entered by this Court on December 14, 2011, the deadline for filing plaintiffs' motion for class certification is March 30, 2012. I write to seek the Court's permission to file a memorandum of law in excess of 25 pages in connection with this motion.

     As set forth in *In re Initial Public Offerings Securities Litigation*, 471 F.3d 24 (2d Cir. 2007), the class certification inquiry requires the Court to resolve factual disputes, if any, relevant to each element of Rule 23 and may require the Court to address merits issues where such issues overlap with the requirements of Fed.R.Civ.P. 23. In this case, plaintiffs believe that there is substantial overlap between the Rule 23 inquiry and the merits of plaintiffs' claims, so that a fairly extensive development of the facts of the case in plaintiffs' moving papers will assist the Court in deciding the motion. Moreover, these facts are complex and plaintiffs believe that additional pages are necessary in order properly to set them before the Court. Accordingly, plaintiffs request leave to file a memorandum of law of up to 50 pages in support of their motion for class certification and further request that defendants similarly be given leave to file a memorandum of up to 50 pages in opposition to that motion.

*So Ordered.*

AJN

HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES <sup>LLP</sup>

Hon. Alison J. Nathan
March 26, 2012                                                                                                Page 2

      We have conferred with counsel for defendants, who has consented to this request.

Respectfully,

*Andrea Bierstein*

Andrea Bierstein

cc:    Catherine S. Ryan, Esq.
        Mary J. Hackett, Esq.

*The application is granted. However, the parties are urged to be as brief as possible.*

SO ORDERED: 3/27/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE