# ReedSmith

**Catherine S. Ryan**
Direct Phone: +1 412 288 4226
Email: cryan@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
+1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

August 10, 2012

VIA EMAIL (NathanNYSDchambers@nysd.uscourts.gov)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/10/12

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:   Scott Chambers and John Burnette v. Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith, Bank of America Corporation
      Case No. 10-cv-07109 (AJN)

Dear Judge Nathan:

Pursuant to a telephone call this afternoon with your clerk, the parties request a conference with the Court for this Thursday, August 16, at 3:00 p.m. The parties further agree that the deadline for Defendants to file their brief in opposition to Plaintiffs' Motion for Class Certification set for this Wednesday, August 15, should be adjourned.

Very truly yours,

Catherine S. Ryan

CSR:cab

cc:   Paul J. Hanly, Jr. (via email)
      Charles A. McCallum III (via email)
      Andrea Bierstein (via email)
      Mary J. Hackett (via email)

*[Handwritten annotation:]* So ORDERED. If settlement is unsuccessful, Defendants' Opposition will be due 9/15/12.

SO ORDERED: 8/10/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE