USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-16-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOTT CHAMBERS, ET AL.,

                Plaintiffs,

-v-

MERRILL LYNCH, ET AL.,

                Defendants.
------------------------------------------------------------X

10 Civ. 7109 (AJN)

<u>SCHEDULING ORDER</u>

ALISON J. NATHAN, District Judge:

The conference previously set for August 16, 2012 at 3:00 PM is hereby ADJOURNED and RESET to **August 23, 2012** at **3:00 PM** in Courtroom **17B** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: August 16, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge