# ReedSmith

**Catherine S. Ryan**
Direct Phone: +1 412 288 4226
Email: cryan@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
+1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 1 2012

August 21, 2012

**VIA EMAIL** NathanNYSDchambers@nysd.uscourts.gov

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: *Scott Chambers and John Burnette v. Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith, Bank of America Corporation*, 10-cv-07109 (AJN)

Dear Judge Nathan:

This letter is submitted by Defendants Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Bank of America Corp. requesting an adjournment of the status conference scheduled for August 23, 2012 at 3:00 p.m. due to a medical issue in defense counsel's family. Defendants respectfully request that the status conference be rescheduled for August 24, 2012 at 1:00 p.m. Plaintiffs consent to this request.

**So Ordered.**

Respectfully submitted,

Catherine S. Ryan

cc: Mary J. Hackett
    Charles A. McCallum III (via email)
    R. Brent Irby (via email)
    Paul J. Hanly, Jr. (via email)
    Andrea Bierstein (via email)

SO ORDERED: 8/21/12

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE