# SHUMAKER
Shumaker, Loop & Kendrick, LLP

240 South Pineapple Avenue  P.O. Box 49948  941.366.6660
10th Floor  Sarasota, Florida 34230-6948  941.366.3999 fax
Sarasota, Florida 34236

www.slk-law.com

MICHAEL S. TAAFFE
Board Certified Business Litigation Attorney
941.364.2720
mtaaffe@slk-law.com

October 4, 2012

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007
NathanNYSDChambers@nysd.uscourts.gov

Re:  Chambers v. Merrill Lynch, et al.; 10-cv-07109 (AJN)

Dear Judge Nathan:

Counsel for Plaintiffs submitted a correspondence this afternoon objecting to an extension this office seeks regarding our Response to the parties' Motion to Preclude. Plaintiffs' counsel argues the extension should be denied because Plaintiffs' motion is exigent. Plaintiffs make this argument despite the fact that counsel for Plaintiffs admits in its Motion to Preclude (*See footnote one, page 3*) that the class has not yet been assembled.

When Plaintiffs' counsel requested an extension to respond to my clients' Motion for Intervention (which, based upon its contents and the status of this case is certainly exigent), this office was not able to grant the extension. Notwithstanding the position of our clients, this office did not oppose the extension in writing.

We respectfully ask that you grant us the two-week extension sought, extending our deadline to respond to Plaintiffs' Motion to Preclude until Monday, October 22, 2012.

Very truly yours,

Michael S. Taaffe

MST:mh

SLK_SAR:#177486v1

CHARLOTTE | COLUMBUS | SARASOTA | TAMPA | TOLEDO